UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN M. LARKINS,

                        Plaintiff,

      -v-                                1:13-CV-1442

CITY OF TROY; JUSTIN ASHE, City of Troy
Police Officer, individually and/or as agent,
servant, and/or employee of the City of Troy;
DOMINICK COMITALE, originally named as
Derrick Comitale; and MARTIN FURCINITI,
City of Troy Police Officer, individually and/or
as agent, servant, and/or employee of the
City of Troy,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

# **O R D E R**

The defendants moved for summary judgment pursuant to Federal Rule of Civil Procedure 56. The plaintiff opposed. Pursuant to the bench decision entered into the record after hearing oral argument on this date in Utica, New York, it is hereby

      ORDERED that

      1. Defendant City of Troy's motion for summary judgment is GRANTED;

      2. Defendant Justin Ashe's motion for summary judgment is GRANTED in part and DENIED in part;

      3. Defendant Dominick Comitale's motion for summary judgment is GRANTED in part and DENIED in part;

  4. Defendant Martin Furciniti's motion for summary judgment is GRANTED in part and DENIED in part;

  5. Plaintiff's substantive due process claims against defendants Ashe, Comitale, and Furciniti are DISMISSED;

  6. Plaintiff's pendent state law claims are DISMISSED; and

  7. Defendants Ashe, Comitale, and Furciniti's motions for summary judgment with respect to plaintiff's § 1983 claims for false arrest and imprisonment, excessive force, and malicious prosecution are DENIED and those claims remain for trial.

  IT IS SO ORDERED.

_____
United States District Judge

Dated: April 24, 2015
   Utica, New York.