UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN M. LARKINS,

                Plaintiff,

     -vs-                                 1:13-CV-1442

JUSTIN ASHE, DOMINICK COMITALE, and
MARTIN FURCINITI,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



## VERDICT FORM

## Defendant Justin Ashe

Dated:  May 20, 2015.
         Utica, New York.                                                      Court's Exhibit No. 2

## EXCESSIVE FORCE

1. Did defendant Justin Ashe use excessive force against plaintiff John Larkins, or fail to prevent the use of such force, on August 27, 2011?

   Yes __X__  No _____

   If you answered YES, proceed to Question 1A.
   If you answered NO, proceed to Question 2.

   A. Was the excessive force, or failure to intervene, a proximate cause of mental and / or physical injury to plaintiff John Larkins?

   Yes _____  No __X__

   **Proceed to Question 2.**

## FALSE ARREST / FALSE IMPRISONMENT

2. Did defendant Justin Ashe subject plaintiff John Larkins to false arrest / false imprisonment for Obstructing Governmental Administration and Resisting Arrest on August 27, 2011?

   Yes _____  No __X__

   If you answered YES, proceed to Question 2A.
   If you answered NO, proceed to Question 3.

   A. Was the false arrest / false imprisonment a proximate cause of mental and/or physical injury to plaintiff John Larkins?

   Yes _____  No _____

   **Proceed to Question 3.**

2

## **MALICIOUS PROSECUTION**

3. Did defendant Justin Ashe subject plaintiff John Larkins to malicious prosecution for Obstructing Governmental Administration, Resisting Arrest, and / or Assault?

   Yes _____ No __X__

   If you answered YES, proceed to Question 3A.
   If you answered NO, proceed to Question 4.

   *If you answered NO to 1, 2, and 3, then proceed to the last page and sign the verdict form.*

   A. Was the malicious prosecution a proximate cause of mental and / or physical injury to plaintiff John Larkins?

      Yes _____ No _____

   **Proceed to Question 4.**

# DAMAGES

## ACTUAL DAMAGES

4. Complete this section ONLY IF you answered YES to Question 1A, 2A, <u>or</u> 3A, otherwise proceed to Question 5.

Pain and Suffering/Personal Injuries:     $_____

Mental Anguish and Humiliation:            $_____

TOTAL Actual Damages:                     $_____

**Proceed to Question 6.**

## NOMINAL DAMAGES

5. Complete this section ONLY IF you answered NO to Question 1A, 2A, <u>or</u> 3A, otherwise proceed to Question 6.

   Is plaintiff John Larkins entitled to $1.00 in nominal damages from defendant Justin Ashe?

   Yes _____    No ✗_____

**Proceed to Question 6.**

## PUNITIVE DAMAGES

6. Do you find that plaintiff John Larkins is entitled to punitive damages from defendant Justin Ashe?

Yes  X   No _____

PROCEED TO THE NEXT PAGE, SIGN IN THE SPACE PROVIDED, AND NOTIFY THE MARSHAL THAT YOU HAVE REACHED A VERDICT.
Please sign and date this verdict form.

YOUR VERDICT MUST BE UNANIMOUS.
ALL JURORS MUST SIGN.

Dated: May 21, 2015



Jurors Names Redacted