UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN M. LARKINS,

                Plaintiff,

    -vs-                         1:13-CV-1442

JUSTIN ASHE, DOMINICK COMITALE, and
MARTIN FURCINITI,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



## VERDICT FORM

### Defendant Dominick Comitale

Dated:  May 20, 2015.
        Utica, New York.

Court's Exhibit No. 3

## **EXCESSIVE FORCE**

1. Did defendant Dominick Comitale use excessive force against plaintiff John Larkins, or fail to prevent the use of such force, on August 27, 2011?

   Yes _X_   No ___

   If you answered YES, proceed to Question 1A.
   If you answered NO, proceed to Question 2.

   A. Was the excessive force, or failure to intervene, a proximate cause of mental and / or physical injury to plaintiff John Larkins?

      Yes ___   No _X_

   **Proceed to Question 2.**

## **MALICIOUS PROSECUTION**

2. Did defendant Dominick Comitale subject plaintiff John Larkins to malicious prosecution for Assault?

   Yes ___   No _X_

   If you answered YES, proceed to Question 2A.
   If you answered NO, proceed to Question 3.

   *If you answered NO to 1 and 2, then proceed to the last page and sign the verdict form.*

   A. Was the malicious prosecution a proximate cause of mental and / or physical injury to plaintiff John Larkins?

      Yes ___   No ___

   **Proceed to Question 3.**

# DAMAGES

## ACTUAL DAMAGES

3. *Complete this section ONLY IF you answered YES to Question 1A or 2A, otherwise proceed to Question 4.*

Pain and Suffering/Personal Injuries:      $_____

Mental Anguish and Humiliation:      $_____

TOTAL Actual Damages:      $_____

**Proceed to Question 5.**

## NOMINAL DAMAGES

4. *Complete this section ONLY IF you answered NO to Question 1A or 2A, otherwise proceed to Question 5.*

Is plaintiff John Larkins entitled to $1.00 in nominal damages from defendant Dominick Comitale?

Yes _____   No __X__

**Proceed to Question 5.**

## PUNITIVE DAMAGES

5.  Do you find that plaintiff John Larkins is entitled to punitive damages from defendant Dominick Comitale?

    Yes __X__   No _____

PROCEED TO THE NEXT PAGE, SIGN IN THE SPACE PROVIDED, AND NOTIFY THE MARSHAL THAT YOU HAVE REACHED A VERDICT.
Please sign and date this verdict form.

YOUR VERDICT MUST BE UNANIMOUS.
ALL JURORS MUST SIGN.

Dated: May 21, 2015



Jurors Names Redacted