UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK



----------------------------------------

JOHN M. LARKINS,

                Plaintiff,

     -vs-                              1:13-CV-1442

JUSTIN ASHE, DOMINICK COMITALE, and
MARTIN FURCINITI,

                Defendants.



----------------------------------------

## VERDICT FORM

### Defendant Martin Furciniti

Dated: May 20, 2015.
       Utica, New York.

Court's Exhibit No. 4

## EXCESSIVE FORCE

1. Did defendant Martin Furciniti use excessive force against plaintiff John Larkins, or fail to prevent the use of such force, on August 27, 2011?

    Yes _____ No __X__

    If you answered YES, proceed to Question 1A.
    If you answered NO, proceed to Question 2.

    A. Was the excessive force, or failure to intervene, a proximate cause of mental and / or physical injury to plaintiff John Larkins?

        Yes _____ No _____

    **Proceed to Question 2.**

## MALICIOUS PROSECUTION

2. Did defendant Martin Furciniti subject plaintiff John Larkins to malicious prosecution for Assault?

    Yes _____ No __X__

    If you answered YES, proceed to Question 2A.
    If you answered NO, proceed to Question 3.

    *If you answered NO to 1 and 2, then proceed to the last page and sign the verdict form.*

    A. Was the malicious prosecution a proximate cause of mental and / or physical injury to plaintiff John Larkins?

        Yes _____ No _____

    **Proceed to Question 3.**

# DAMAGES

## ACTUAL DAMAGES

3. *Complete this section ONLY IF you answered YES to Question 1A or 2A, otherwise proceed to Question 4.*

| | |
|---|---|
| Pain and Suffering/Personal Injuries: | $_____ |
| Mental Anguish and Humiliation: | $_____ |
| TOTAL Actual Damages: | $_____ |

**Proceed to Question 5.**

## NOMINAL DAMAGES

4. *Complete this section ONLY IF you answered NO to Question 1A or 2A, otherwise proceed to Question 5.*

Is plaintiff John Larkins entitled to $1.00 in nominal damages from defendant Martin Furciniti?

Yes _____   No __X__

**Proceed to Question 5.**

## PUNITIVE DAMAGES

5.  Do you find that plaintiff John Larkins is entitled to punitive damages from defendant Martin Furciniti?

Yes _____  No __X__

PROCEED TO THE NEXT PAGE, SIGN IN THE SPACE PROVIDED, AND NOTIFY THE MARSHAL THAT YOU HAVE REACHED A VERDICT.
Please sign and date this verdict form.

YOUR VERDICT MUST BE UNANIMOUS.
ALL JURORS MUST SIGN.

Dated: May 21, 2015



Jurors names redacted.

5