UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOHN M. LARKINS,

                                  Plaintiff,

-against-                                                                      **STIPULATION OF**
                                                                                        **DISCONTINUANCE**
CITY OF TROY, CITY OF TROY POLICE OFFICERS,   Civil Action No. 13-cv-1442
JUSTIN ASHE, DOMINICK COMITALE, and             (DNH/CFH)
MARTIN FURCINITI, Individually and/or as agents,
servants, and/or employees of the City of Troy,

                                  Defendants.
_____

       **IT IS HEREBY STIPULATED AND AGREED**, by the undersigned, the attorneys of record in the above entitled action, that whereas no party is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same is hereby discontinued with prejudice, and without costs to any party. This stipulation may be filed without further notice with the Clerk of the Court.

                                                            Pattison, Sampson, Ginsberg & Griffin, P.C.

Dated: August 17, 2015.

                                                            By: *Michael E. Ginsberg*, Esq.
                                                            Attorney for the Defendants
                                                            The City of Troy, Officer Justin Ashe and
                                                            Officer Martin Furciniti
                                                           22 First Street, P.O. Box 208
                                                           Troy, New York 12180

Dated: August 6, 2015.                       **Kindlon, Shanks & Associates**

                                                           By: *Gennaro D. Calabrese*, *Esq.*
                                                           Attorney for Plaintiff
                                                           74 Chapel Street
                                                          Albany, New York 12207

Date: August 11, 2015.

                                                           **Dreyer Boyajian, LLP**
                                                           *By: John B. Casey, Esq.*
                                                           Attorneys for Defendant,
                                                           Dominick Comitale
                                                          75 Columbia Street
                                                          Albany, New York 12210